UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20684-CV-GOLD/WHITE

JUAN DIAZ-GONZALEZ

    Petitioner,

v.

WALTER A. McNEIL,

    Respondent.
_____/

ORDER ADOPTING AND AFFIRMING MAGISTRATE'S REPORT AND
RECOMMENDATIONS [DE 14]; DISMISSING PETITION [DE 1] AS UNTIMELY

THIS CAUSE is before the Court upon Magistrate Judge White's Report and Recommendations **[DE 14]** ("the Report"), which recommends that Petitioner's Petition for Writ of Habeas Corpus be dismissed as untimely filed pursuant to 28 U.S.C. §2244(d)(1)-(2). No objections were timely filed. Having reviewed the Report, the record, the applicable law, and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that:

1. The Report **[DE 14]** is ADOPTED AND AFFIRMED.

2. Petitioner's Petition for Writ of Habeas Corpus **[DE 1]** is DISMISSED as untimely filed pursuant to 28 U.S.C. §2244(d)(1)-(2)

DONE AND ORDERED, in Chambers, in Miami, Florida, this 31 day of March, 2010.

                                                THE HONORABLE ALAN S. GOLD
                                                UNITED STATES DISTRICT JUDGE

cc: Counsel of record
    Magistrate Judge White

    Juan Diaz Gonzalez, DC #415388
    Charlotte Correctional Institution
    33123 Oil Well Road
    Punta Gorda, FL 33955